**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DARRYL JEROME MCGEE,
ADC # 134672**                                                                                    **PLAINTIFF**

V.                              No. 5:11CV00016 JMM-BD

**STATE OF ARKANSAS,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, Mr. McGee's timely objections, and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. McGee's claims against the State of Arkansas and the Arkansas Department of Correction are DISMISSED with prejudice. His claims against Correctional Medical Services are DISMISSED without prejudice.

IT IS SO ORDERED, this 8th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE