# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DARRYL JEROME McGEE,**                                                **PLAINTIFF**
**ADC # 134672**

**VS.**                  **CASE NO. 5:11CV00016-JMM-BD**

**STATE OF ARKANSAS,** *et al.*                                **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects

Mr. McGee's claims against Dr. Darlene Antosh are DISMISSED without prejudice in accordance with Local Rule 5.5(c)(2) for failure to comply with the Court's Order of June 15, 2011.

IT IS SO ORDERED, this 4th day of October, 2011.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE