# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARRYL JEROME MCGEE,**
**ADC # 134672**                                                                                   **PLAINTIFF**

**V.**                          **No. 5:11CV00016 JMM-BD**

**STATE OF ARKANSAS,** *et al.*                                                       **DEFENDANTS**

## ORDER

Plaintiff Darryl Jerome McGee filed this action on January 26, 2011, under 42 U.S.C. § 1983, while he was an inmate at the Arkansas Department of Correction ("ADC"). Mr. McGee's only remaining claim is against Dr. Charles Liggett. He has alleged that Dr. Liggett was deliberately indifferent to his medical needs while he was an inmate at the Varner Supermax Unit of the ADC. All other claims have been dismissed.

Summonses issued to Defendant Liggett however, have been returned to the court unexecuted. (Docket entries #21, #31, #40) Dr. Liggett is no longer an employee of Correctional Medical Services, and service of a summons at his last-known mailing addresses was unsuccessful. On December 15, 2011, Mr. McGee was directed to file a status report with the Court, which he has done. (#43) Mr. McGee states he is unable to provide an address for Dr. Liggett to effect service of process.

Accordingly, the claims against Dr. Liggett are hereby dismissed, without prejudice, under Federal Rule of Civil Procedure 4(m), and this case is closed.

1

DATED this 16th day of February, 2012.

                                                    _/s/ James M. Moody_
                                                    UNITED STATES DISTRICT JUDGE